IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| DADRIE A. MATTHIS,<br><br>            Plaintiff,<br><br>    vs.<br><br>SAFEWAY INC.,<br><br>            Defendant. | No. 2:22-cv-00065<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Safeway Inc. states the following:  The defendant is a nongovernmental corporation whose parent corporation is Albertsons Companies Inc.  Albertsons Companies Inc. is a publicly held corporation.

Dated:  January 24, 2022.

            TURNER KUGLER LAW, PLLC

            By:     s/ John T. Kugler
                 John T. Kugler, WSBA # 19960
                 Attorney for Defendant

CORPORATE DISCLOSURE
STATEMENT - 1
R:\6942\PLEADINGS\corp disclosure.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Raymond A. Connell
> Connell Law Office, LLC
> 6333 Seward Park Ave. S.
> Seattle, WA 98118
> (206) 583-0050
> Raymond@connelllawoffice.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> none

>         *s/ John T. Kugler*
> JOHN T. KUGLER, WSB #19960
> Attorney for Defendant KCHA
> TURNER KUGLER LAW, PLLC
> 6523 California Ave SW #454
> Seattle, WA 98136-1833
> Telephone: (206) 659-0679
> E-mail: john@turnerkuglerlaw.com

CORPORATE DISCLOSURE
STATEMENT - 2
R:\6942\PLEADINGS\corp disclosure.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679