THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DADRIE A MATTHIS, | CASE NO. C22-0065-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SAFEWAY INC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court, finding good cause, hereby GRANTS the parties' stipulated motion as to expert disclosure (Dkt. No. 11) and hereby ORDERS that: (1) Plaintiff's expert disclosures are due September 23, 2022; (2) Defendant's expert disclosures are due November 25, 2022; and (3) disclosure of evidence intended solely to rebut evidence on the same subject matter identified by another party under Federal Rule of Civil Procedure 26(a)(2)(B) or (C) is due within 30 days after the other party's disclosure.

DATED this 13th day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C22-0065-JCC
PAGE - 1